N.Y.S.D. Case #
16-cv-6099(AJN)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of February, two thousand and nineteen.

Before: Christopher F. Droney,
        *Circuit Judge.*

_____

Heena Shim-Larkin,

    Petitioner,

v.

City of New York,

    Respondent.
_____

**ORDER**

Docket No. 19-431

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 28 2019
```

    Petitioner moves for stay of the district court orders dated September 27, 2018 and February 13, 2019.

    IT IS HEREBY ORDERED that to the extent the motion seeks a temporary stay pending determination of the motion by a three-judge panel, the stay is DENIED. The motion is REFERRED to a three-judge motions panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/28/2019