UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x

| | |
|---|---|
| Heena Shim-Larkin | |
| Plaintiff, | Case No. 16 CV 6099 (AJN) (KNF) |
| -against- | **NOTICE OF MOTION** |
| City of New York | **FOR AN AWARD OF** |
| Defendant. | **EXPENSES** |

----------------------------------------------------x

    PLEASE TAKE NOTICE that Plaintiff Heena Shim-Larkin moves the Court for an award of expenses totaling $502.47 pursuant to the court order dated September 16, 2019 (ECF #539, at 23-24).

    In support of this motion, Plaintiff submits her own declaration.

Dated: September 30, 2019

_____S/_____
Heena Shim-Larkin
Plaintiff *Pro Se*

1