

December 4, 2019

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Heena Shim-Larkin v. City of New York
Docket No. 16 CV 6099 (AJN) (KNF)
Request for an extension of time

Dear Judge Alison J. Nathan:

I am Plaintiff Heena Shim-Larkin and writing to request for an extension of time to file Rule 72(a) objection and/or motion for reconsideration concerning the orders dated November 27, 2019, until January 23, 2020, pursuant to Your Honor's individual rules of practice 1.D. The original due date is December 11, 2019. This is the first request and Defendant consents.

On November 27, 2019, Local Rule 37.2 pre-motion conference was held before Magistrate Judge Fox. But Plaintiff has not received the transcript of the conference yet, and since there was Thanksgiving, Plaintiff expects that it will take more time for the transcript to be ready than usual. And Plaintiff will be in Korea to meet her family for holidays from December 11, 2019 through January 9, 2020. Therefore, Plaintiff expects that she will not be able to draft the brief before her trip. And Plaintiff needs two weeks to prepare Rule 72(a) objection and/or motion for reconsideration, upon her return.

Accordingly, Plaintiff respectfully requests that the Court to extend the date for Plaintiff to file Rule 72(a) objection and/or motion for reconsideration concerning the orders dated November 27, 2019 until January 23, 2020, and order other reliefs which court deems just and proper.

SO ORDERED

Respectfully submitted,

S/
Heena Shim-Larkin
Plaintiff *Pro Se*

SO ORDERED: 12/4/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

1