January 14, 2020

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

JAN 1 6 2020

Re: Heena Shim-Larkin v. City of New York
Docket No. 16 CV 6099 (AJN) (KNF)
Request for an extension of time

Dear Judge Alison J. Nathan:

**SO ORDERED**

I am Plaintiff Heena Shim-Larkin and writing to request for an extension of time to file Rule 72(a) objection concerning the order dated January 3, 2020 (ECF #578), which was amended on January 7, 2020 (ECF #580), until January 31, 2020, pursuant to Your Honor's individual rules of practice 1.D. The original due date is either January 17, 2020 or January 21, 2020. This is the first request and Defendant consents.

Plaintiff was in Korea to meet her family for holidays until January 9, 2020. Also, Plaintiff was diagnosed with type A influenza while she was in Korea, and is still sick, even though she recovered mostly.

Additionally, Plaintiff needs to prepare another Rule 72(a) objection concerning the order dated November 27, 2019, which due date is January 23, 2020. See the order extending the deadline at ECF #572. Therefore, Plaintiff will be busy until January 23, 2020 with preparing another Rule 72(a) objection.

Accordingly, Plaintiff respectfully requests that the Court to extend the date for Plaintiff to file Rule 72(a) objection concerning the order dated January 3, 2020 (ECF #578), which was amended on January 7, 2020 (ECF #580), until January 31, 2020, and order other reliefs which court deems just and proper.

SO ORDERED: 1/15/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____S/_____
Heena Shim-Larkin
Plaintiff *Pro Se*

1