UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
HEENA SHIM-LARKIN,

          Plaintiff,

    -against-

CITY OF NEW YORK,

          Defendant.
------------------------------------------------------------X

ORDER

16-CV-6099 (AJN)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/20

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     In a writing dated January 23, 2020, the plaintiff sought clarification with respect to one portion of the Court's January 7, 2020 Amended Memorandum and Order, Docket Entry No. 580. The memorandum and order addresses the plaintiff's request to be compensated for expenses she incurred in making a successful motion pursuant to Rule 37 of the Federal Rules of Civil Procedure. In particular, the plaintiff highlighted a computational error she believes the Court may have made in determining the number of pages that the plaintiff reproduced for which she should receive compensation.

     The Court has reviewed its prior computation exercise and has determined that, as the plaintiff suggested, an error was made, resulting in an undercount of the number of pages reproduced by the plaintiff for which she should be compensated. Based upon the Court's computational error, it failed to award the plaintiff $35.10, which she should have been awarded for printing costs, in addition to the $41.40 that were identified in the Court's Memorandum and Order, Docket Entry No. 580. Therefore, the defendant is directed to tender to the plaintiff $35.10, in addition to the amount the defendant was directed to tender to the plaintiff in the Court's January 7, 2020 Amended Memorandum and Order, Docket Entry No. 580.

Dated: New York, New York
       January 28, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE