UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HEENA SHIM-LARKIN,  :
  :
    Plaintiff,  :
  :
  -against-  :   **ORDER**
  :   16 CV 6099 (AJN) (KNF)
CITY OF NEW YORK,  :
  :
  :
    Defendant.  :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

  The parties shall comply with the Court's existing Individual Rules of Practice. This order addresses the plaintiff's request at Docket Entry No. 610.

Dated: New York, New York      SO ORDERED:
    March 15, 2020

                       */s/ Kevin Nathaniel Fox*
                      KEVIN NATHANIEL FOX
                      UNITED STATES MAGISTRATE JUDGE