UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HEENA SHIM-LARKIN,              :
                                :
                  Plaintiff,    :
                                :
         -against-              :           **ORDER**
                                :           16 CV 6099 (AJN) (KNF)
CITY OF NEW YORK,               :
                                :
                                :
                  Defendant.    :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephone conference shall be held in the above-captioned case on April 14, 2020, at 11:00 a..m.

The parties shall use call-in number (888)557-8511 and access code 4862532.

Dated:  New York, New York            SO ORDERED:
        April 9, 2020

                                      _____
                                      KEVIN NATHANIEL FOX
                                      UNITED STATES MAGISTRATE JUDGE