UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HEENA SHIM-LARKIN,

        Plaintiff,

    -against-                            **ORDER**
                                        16 CV 6099 (AJN) (KNF)
CITY OF NEW YORK,

        Defendant.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The plaintiff filed a declaration, Docket Entry No. 604, on February 28, 2020, in support of a motion for sanctions, Docket Entry No. 602. Exhibits 6 and 13 to the declaration are not visible, when accessed via the docket sheet maintained by the Clerk of Court for this action. Therefore, on or before April 27, 2020, the plaintiff shall file with the Clerk of Court a copy of Exhibit 6 and Exhibit 13 to the above-referenced declaration, so that each may be examined by the Court as it analyzes the sanctions motion.

Dated:  New York, New York          SO ORDERED:
         April 23, 2020

                                            */s/ Kevin Nathaniel Fox*
                                        KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE