USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/20

Case 1:16-cv-06099-AJN-KNF   Document 635   Filed 05/19/20   Page 1 of 1

May 15, 2020

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: Heena Shim-Larkin v. City of New York
           Docket No. 16 CV 6099 (AJN) (KNF)
           Request for an extension of time

Dear Judge Alison J. Nathan:

    I am Plaintiff Heena Shim-Larkin and writing to request for an extension of time to file Rule 72(a) objection concerning the oral orders made during the pre-motion conference on April 14, 2020, until June 11, 2020, pursuant to Your Honor's individual rules of practice 1.D. The current due date is May 29, 2020. This is the second request and the first request was granted. See order dated April 20, 2020 (ECF #625). Parties consented that Plaintiff files her Rule 72(a) objection until June 11, 2020, and Defendant files its opposition to Plaintiff's objection until July 2, 2020.

    The New York State on PAUSE executive order in regards to New York City has been extended until May 28th, which means that Plaintiff will not be able to conduct legal research at law libraries, which is necessary to prepare Rule 72(a) objection, at least until May 28th. And Plaintiff wishes to have two weeks after May 28, 2020, if the law libraries open again on or about May 28, 2020. Plaintiff notes that if current situation persists beyond May 28, 2020, she might request additional extension(s) later on.

SO ORDERED.

    Accordingly, Plaintiff respectfully requests that the Court to extend the date for Plaintiff to file Rule 72(a) objection concerning the order dated April 14, 2020 until June 11, 2020, and Defendant's opposition due date until July 2, 2020, and order other reliefs which court deems just and proper.

Respectfully submitted,

_____S/_____
Heena Shim-Larkin
Plaintiff *Pro Se*

*[Signature of Alison J. Nathan]*
5/19/20
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

1