```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/5/2020__
```

June 1, 2020

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Heena Shim-Larkin v. City of New York
Docket No. 16 CV 6099 (AJN) (KNF)
Request for an extension of time

Dear Judge Alison J. Nathan:

I am Plaintiff Heena Shim-Larkin and writing to request for an extension of time to file Rule 72(a) objection concerning the oral orders made during the pre-motion conference on April 14, 2020, until July 6, 2020, pursuant to Your Honor's individual rules of practice 1.D. The current due date is June 11, 2020. This is the third request and the previous requests were granted. See orders dated April 20, 2020 (ECF #625); and May 19, 2020 (ECF #635). Parties consented that Plaintiff files her Rule 72(a) objection until July 6, 2020, and Defendant files its opposition to Plaintiff's objection until July 27, 2020.

New York City is planning to reopen Phase 1 on June 8, 2020. Libraries are not included in Phase 1 opening, and Plaintiff expects that Phase 1 will last for 2 weeks, until about June 22, 2020, before expansion of the opening to other businesses. If libraries open on or about June 22, 2020, Plaintiff will need 2 weeks from that date. Plaintiff states that conducting legal research at a law libraries is necessary to prepare Rule 72(a) objection. Plaintiff notes that if libraries do not open beyond June 22, 2020, she might request additional extension(s) later on.

Accordingly, Plaintiff respectfully requests that the Court to extend the date for Plaintiff to file Rule 72(a) objection concerning the order dated April 14, 2020 until July 6, 2020, and Defendant's opposition due date until July 27, 2020, and order other reliefs which court deems just and proper.

SO ORDERED.

*[signature: Alison J. Nathan]*

6/4/2020

Respectfully submitted,
_____S/_____
Heena Shim-Larkin
Plaintiff *Pro Se*

1