June 22, 2020

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re: Heena Shim-Larkin v. City of New York
Docket No. 16 CV 6099 (AJN) (KNF)
Request for an extension of time

Dear Judge Alison J. Nathan:

    I am Plaintiff Heena Shim-Larkin and writing to request for an extension of time to file Rule 72(a) objection concerning the oral orders made during the pre-motion conference on April 14, 2020, until July 20, 2020, pursuant to Your Honor's individual rules of practice 1.D. The current due date is July 6, 2020. This is the fourth request and the previous requests were granted. See orders dated April 20, 2020 (ECF #625); May 19, 2020 (ECF #635); and June 4, 2020 (ECF #638). Parties consented that Plaintiff files her Rule 72(a) objection until July 20, 2020, and Defendant files its opposition to Plaintiff's objection until August 10, 2020.

    New York City entered Phase 2 opening on June 22, 2020. Plaintiff checked with several libraries and they are still closed. Plaintiff was also told that they do not know when it will reopen to public. Plaintiff expects that Phase 2 will last for 2 weeks, until about July 6, 2020, before expansion of opening to other businesses. If libraries open on or about July 6, 2020, Plaintiff will need 2 weeks from that date. Plaintiff states that conducting legal research at a law libraries is necessary to prepare Rule 72(a) objection. Plaintiff notes that if libraries do not open beyond July 6, 2020, she might request additional extension(s) later on.

    Accordingly, Plaintiff respectfully requests that the Court to extend the date for Plaintiff to file Rule 72(a) objection concerning the order dated April 14, 2020 until July 20, 2020, and Defendant's opposition due date until August 10, 2020, and order other reliefs which court deems just and proper.

SO ORDERED
*Alison J. Nathan* 6/24/2020

Respectfully submitted,
_____S/_____
Heena Shim-Larkin
Plaintiff *Pro Se*

1