Case 1:16-cv-06099-AJN-KNF   Document 650   Filed 07/28/20   Page 1 of 1


Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2020
```

July 23, 2020

Re: Heena Shim-Larkin v. City of New York
Docket No. 16 CV 6099 (AJN) (KNF)
Request for an extension of time

Dear Judge Alison J. Nathan:

SO ORDERED.    *Alison J. Nathan*  7/24/2020

    I am Plaintiff Heena Shim-Larkin and writing to request for an extension of time to file Rule 72(a) objection concerning the order dated April 14, 2020, until August 24, 2020, pursuant to Your Honor's individual rules of practice 1.D. The current due date is August 3, 2020. This is the sixth request and the previous requests were granted. See orders at ECF #625, 635, 638, 645, and 647. Parties consented that Plaintiff files her Rule 72(a) objection until August 24, 2020, and Defendant files its opposition to Plaintiff's objection until September 14, 2020.

    New York County Court is still under Phase 3. According to New York State Court Chief Judge DiFiore's message on July 20, 2020[1], it seems that New York City courts are scheduled to enter Phase 4 on August 10, 2020. Other county court law libraries outside of NYC were opened under Phase 4. Therefore, Plaintiff reasonably expects that the New York County Court law library will also open when it enters Phase 4. If the library opens on or about August 10, 2020, Plaintiff will need 2 weeks from that date. Additionally, Plaintiff was not able to find any projected date for New York Public Library's research center reopening. Conducting legal research at a law library is necessary for Plaintiff to prepare Rule 72(a) objection. If the library does not open beyond August 10, 2020, she might request additional extension(s) later on.

    Accordingly, Plaintiff respectfully requests that the Court to extend the date for Plaintiff to file Rule 72(a) objection concerning the order dated April 14, 2020 until August 24, 2020, and Defendant's opposition due date until September 14, 2020, and order other reliefs which court deems just and proper.

Respectfully submitted,
_____S/_____
Heena Shim-Larkin
Plaintiff *Pro Se*

---

[1] http://www.nycourts.gov/whatsnew/pdf/July20-CJMessage.pdf
at 3, "… scheduled to resume in New York City on August 10th under Phase 4."