

August 18, 2020

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Heena Shim-Larkin v. City of New York
Docket No. 16 CV 6099 (AJN) (KNF)
Request for an extension of time

Dear Judge Alison J. Nathan:                                        SO ORDERED
                                                                                          8/21/2020

I am Plaintiff Heena Shim-Larkin and writing to request for an extension of time to file Rule 72(a) objection concerning the order dated April 14, 2020, until September 7, 2020, pursuant to Your Honor's individual rules of practice 1.D. The current due date is August 24, 2020. This is the seventh request and the previous requests were granted. See orders at ECF #625, 635, 638, 645, 647, and 650. Defendant's counsel Dominique Saint-Fort stated that "Defendant is not refusing to consent. Defendant is simply taking no position on [Plaintiff's] request." Plaintiff asked Saint-Fort the reason for taking no position instead of consenting, via phone call, which led to voicemail, and email. Defendant did not provide any reason.

New York County Court is still under Phase 3 according to New York State Court website[1]. Plaintiff contacted the library and was told that the New York County Court library is still closed and no timetable for reopening just yet. Therefore, Plaintiff wishes to wait two more weeks. If the library opens on or about August 24, 2020, Plaintiff will need 2 weeks from that date. Additionally, Plaintiff was not able to find any projected date for New York Public Library's research center reopening. Conducting legal research at law library is necessary for Plaintiff to prepare Rule 72(a) objection. If the library does not open beyond August 24, 2020, Plaintiff might request additional extension(s) later on.

Accordingly, Plaintiff respectfully requests that the Court to extend the date for Plaintiff to file Rule 72(a) objection concerning the order dated April 14, 2020 until September 7, 2020 and order other reliefs which court deems just and proper.

Respectfully submitted,
_____S/_____
Heena Shim-Larkin
Plaintiff *Pro Se*

---

1  http://www.nycourts.gov/limited-filings.shtml