```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shim-Larkin,

                Plaintiff,

      –v–

City of New York,

                Defendant.

16-cv-06099 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On September 18, 2020, the Court received Defendant's Letter Motion to Stay the Order granting Motion for Sanctions from September 14, 2020. The Court received Plaintiff's Letter Response in Opposition on September 21, 2020. Because objections to the Order are forthcoming, the request to stay is granted.

      SO ORDERED.

Dated: September 23, 2020
       New York, New York

                                          _____
                                            ALISON J. NATHAN
                                         United States District Judge