UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2020

Shim-Larkin.,

               Plaintiffs,

       –v–

City of New York,

               Defendant.

16-cv-6099 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Plaintiff's response to Defendant's objections are due on October 16, 2020.  Defendant's reply is due on October 23, 2020.

SO ORDERED.

Dated: October 6, 2020
       New York, New York

                                                        ALISON J. NATHAN
                                                   United States District Judge