```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Shim-Larkin.,

              Plaintiff,

—v—

City of New York,

              Defendant.

---

16-cv-6099 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court issues this order to clarify its responses to Plaintiff's letters. In response to Plaintiff's October 3, 2020 letter, the Court orders that Plaintiff's response to Defendant's Rule 72(a) objection is due October 16, 2020, and Defendant's Reply is due October 23, 2020. In response to Plaintiff's October 5, 2020 letter, the Court grants Plaintiff's request for an extension of time to respond to the April 14, 2020 order until November 2, 2020.

    SO ORDERED.

Dated: October 12, 2020
       New York, New York

                                          _____
                                             ALISON J. NATHAN
                                           United States District Judge