UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HEENA SHIM-LARKIN,                                :
                                                  :
        Plaintiff,                               :
                                                  :       ORDER
       -against-                                :
                                                  :       16-CV-06099 (AJN)(KNF)
CITY OF NEW YORK,                                 :
                                                  :
        Defendant.                               :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephone conference will be held with the parties on November 24, 2020, at 3:00 p.m.

The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. Please be

advised that a court reporter will attend the conference via telephone.

Dated:  New York, New York                 SO ORDERED:
           November 12, 2020

                                                                         _____
                                                                  KEVIN NATHANIEL FOX
                                                                  UNITED STATES MAGISTRATE JUDGE