UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shim-Larkin.,

            Plaintiff,

–v–

City of New York,

            Defendant.

16-cv-6099 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Plaintiff's request to stay all proceedings until thirty days after resolution of Plaintiff's pending motion to recuse the Undersigned, Dkt. No. 704, is denied.  Plaintiff's request for an extension of time to file a Rule 72(a) objection to the November 24, 2020 Order from December 8, 2020 to December 24, 2020, Dkt. No. 707, is granted.  Defendant's request for an extension of time to file a an opposition to Plaintiff's Rule 72(a) objection to Magistrate Judge Fox's April 14, 2020 order from December 7, 2020 to December 18, 2020, Dkt. No. 708, is granted.

    SO ORDERED.

Dated: December 1, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge