December 16, 2020

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re: Heena Shim-Larkin v. City of New York
Docket No. 16 CV 6099 (AJN) (KNF)
Request for an extension of time

Dear Judge Alison J. Nathan:

I am Plaintiff Heena Shim-Larkin and writing to request for an extension of time to file Rule 72(a) objection to the Nov 24, 2020 order, until January 18, 2021, pursuant to Your Honor's individual rules of practice 1.D. The current due date is either December 18 or 24, 2020. This is the second request. Plaintiff's first one requested the deadline be extended until December 18, 2020 (ECF #707), but the order extended the deadline until December 24, 2020 (ECF #709). Defendant consents to instant request.

Plaintiff requested Magistrate Judge for a clarification of Nov 24, 2020 order (ECF #714) and he provided some response on December 8, 2020 (ECF #715). Subsequently, Plaintiff filed a letter-motion to Magistrate Judge for an extension of time *nunc pro tunc* on Dec 14, 2020 (ECF #716) and would like to include objections to an order on such letter-motion (if needed) and to the Nov 24, 2020 order together in one objection. Because both proceedings dealt with Plaintiff's Aug 5, 2020 expert witness statements, putting together in one objection will save judicial resources and the parties' resources. Defendant stated that it "will likely file its opposition to [Plaintiff's] December 14, 2020 letter-motion by December 18, 2020." Considering time required for Plaintiff to prepare reply and for the Court to make a decision, and that the holiday season is near, Plaintiff reasonably expects that the decision will be made on or before January 4, 2021. And she will need two weeks from that date. She might request for an additional extension if she does not have the court's ruling until Jan 4, 2021.

Accordingly, Plaintiff respectfully requests the Court to extend the date for Plaintiff to file Rule 72(a) objection to the Nov 24, 2020 order until January 18, 2021 and order other reliefs which court deems just and proper.

SO ORDERED.

*[signature]* 12/16/2020

Respectfully submitted,
_____S/_____
Heena Shim-Larkin, Plaintiff *Pro Se*