January 24, 2021

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2021
```

Re: Heena Shim-Larkin v. City of New York
Docket No. 16 CV 6099 (AJN) (KNF)
Request for an extension of time

Dear Judge Alison J. Nathan:

    I am Plaintiff Heena Shim-Larkin and writing to request for an extension of time to file Rule 72(a) objection to the Nov 24, 2020 order, until February 22, 2021, pursuant to Your Honor's individual rules of practice 1.D. The current due date is February 1, 2021. This is the fourth request and the previous ones were granted. See orders at ECF #709, 720, and 729. Defendant consents.

**SO ORDERED.**

*Alison J. Nathan* (signature)
1/25/2021

    As explained in the previous letter-motion (ECF #728), Plaintiff requested Magistrate Judge for a clarification of Nov 24, 2020 order (ECF #714) and he provided some response on December 8, 2020 (ECF #715). Subsequently, Plaintiff filed a letter-motion to Magistrate Judge for an extension of time *nunc pro tunc* on Dec 14, 2020 (ECF #716) and would like to include objections to an order on such letter-motion (if needed) and to the Nov 24, 2020 order together in one objection. Because both proceedings dealt with Plaintiff's Aug 5, 2020 expert witness statements, putting those together in one objection will save judicial resources and the parties' resources. Plaintiff currently expects that the decision on Dec 14, 2020 letter-motion might be made on or before February 8, 2021 and she will need two weeks from that date to prepare the objection. Plaintiff might request for an additional extension if she does not receive the Magistrate Judge's ruling on such letter-motion until February 8, 2021.

    Accordingly, Plaintiff respectfully requests the Court to extend the date for Plaintiff to file Rule 72(a) objection to the Nov 24, 2020 order until February 22, 2021 and order other reliefs which court deems just and proper.

Respectfully submitted,
_____S/_____
Heena Shim-Larkin
Plaintiff *Pro Se*