February 17, 2021

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/2021

Re: Heena Shim-Larkin v. City of New York
Docket No. 16 CV 6099 (AJN) (KNF)
Request for an extension of time

Dear Judge Alison J. Nathan:

I am Plaintiff Heena Shim-Larkin and writing to request for an extension of time to file Rule 72(a) objection to the Nov 24, 2020 order, until March 2, 2021, pursuant to Your Honor's individual rules of practice 1.D. The current due date is February 22, 2021. This is the fifth request and the previous ones were granted. See orders at ECF #709, 720, 729, and 740. Defendant consented to three weeks extension of time from the current due date, hours before the entry of Magistrate Judge's order dated February 16, 2021 (ECF #743). Considering such entry, Plaintiff reduced the requested extension to 8 days from the current due date.

As explained in the previous letter-motion (ECF #728), Plaintiff requested Magistrate Judge for a clarification of Nov 24, 2020 order (ECF #714) and he provided some response on December 8, 2020 (ECF #715). Subsequently, Plaintiff filed a letter-motion to Magistrate Judge for an extension of time *nunc pro tunc* on Dec 14, 2020 (ECF #716) and the order was entered on February 16, 2021 (ECF #743). Plaintiff would like to include objections to Feb 16, 2021 order and to the Nov 24, 2020 order together in one objection. Because both proceedings dealt with Plaintiff's Aug 5, 2020 expert witness statements, putting those together in one objection will save judicial resources and the parties' resources. Plaintiff needs two weeks from Feb 16, 2021.

Accordingly, Plaintiff respectfully requests the Court to extend the date for Plaintiff to file Rule 72(a) objection to the Nov 24, 2020 order until March 2, 2021 and order other reliefs which court deems just and proper.

**SO ORDERED.**

*[signature: Alison J. Nathan]*
2/17/2021

Respectfully submitted,
_____S/_____
Heena Shim-Larkin
Plaintiff *Pro Se*