October 25, 2021

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2021
```

          Re: Heena Shim-Larkin v. City of New York
              Docket No. 16 CV 6099 (AJN) (KNF)
              Request for an extension of time

Dear Judge Alison J. Nathan:

     I am Plaintiff Heena Shim-Larkin and writing to request for an extension of time to file a motion for reconsideration of the order dated October 18, 2021 (ECF #764), until November 15, 2021, pursuant to Your Honor's individual rules of practice in civil cases 1.D. The current due date is November 1, 2021. This is the first request and Defendant consented.

     Plaintiff has two gigs - one requires her to travel out of the state from October 26th to the 29th, 2021, and the other one requires travel out of the city every weekend (Saturdays and Sundays). Therefore, Plaintiff does not have enough time to prepare motion for reconsideration.

     Accordingly, Plaintiff respectfully requests the Court to extend the date for Plaintiff to file motion for reconsideration of the October 18, 2021 order (ECF #764) until November 15, 2021 and order other reliefs which court deems just and proper.

**SO ORDERED.**

*/s/ Alison J. Nathan*
10/25/2021

                                                                   Respectfully submitted,

                                                                   _____S/_____
                                                                   Heena Shim-Larkin
                                                                   Plaintiff *Pro Se*