UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HEEMA SHIM-LARKIN,

                Plaintiff,        **ORDER**

     -against-                  16-CV-6099 (AT) (JW)

CITY OF NEW YORK.

                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On May 10, 2022, this case was referred for General Pretrial, a Report & Recommendation on a Motion for an Award of Expenses, and Report & Recommendations on anticipated motions for summary judgment. Dkt. No. 786. On May 7, 2022, Plaintiff submitted her motion for an Award of Expenses in accordance with the Order dated September 14, 2020. Dkt. No. 784. If the Defendant would like to challenge the reasonableness of the expenses alleged by Plaintiff, such opposition shall be filed on or before May 25, 2022.

      SO ORDERED.

DATED:    New York, New York
                May 11, 2022

                                                           _____
                                                            JENNIFER E. WILLIS
                                                             United States Magistrate Judge