UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HEEMA SHIM-LARKIN,

                         Plaintiff,                   **ORDER**

-against-                            **16-CV-6099 (AT) (JW)**

CITY OF NEW YORK.

                        Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

O June 3, 2022, Plaintiff filed a letter requesting clarification of the summary judgment briefing schedule. Dkt. No. 792. For now, this Court will hold to the schedule set forth by Judge Nathan. Should modification be required, the Parties may seek such relief when that becomes clear. The Court will also refrain from scheduling a pre-motion conference until the Parties are ready to proceed with summary judgment.

Should the Parties have any discovery disputes requiring intervention from the Court, they are welcome to file letter motions describing the nature of the disagreement and requesting a conference to resolve any outstanding issues.

      SO ORDERED.

DATED:    New York, New York
              June 7, 2022

                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge