UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HEEMA SHIM-LARKIN,

                      Plaintiff,                  **ORDER**

                                                **16-CV-6099 (AT) (JW)**
         -against-

CITY OF NEW YORK,

                     Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On July 21, 2022, Plaintiff filed a letter motion for a pre-motion conference, in anticipation of summary judgment motion practice. Dkt. No. 797. Defendant filed their response on July 26, 2022. Dkt. No. 798. The Court will hold a conference in this matter on **August 12, 2022** at **10:30 AM**. The conference will be held in Courtroom 228, 40 Foley Square, New York, NY.

      SO ORDERED.

DATED:    New York, New York
               July 27, 2022

                                                          */s/ Jennifer E. Willis*
                                                       JENNIFER E. WILLIS
                                                       United States Magistrate Judge