UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HEEMA SHIM-LARKIN,

                        Plaintiff,                          **ORDER**

                                                                    **16-CV-6099 (AT) (JW)**
                  -against-

CITY OF NEW YORK,

                        Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 27, 2022, the Parties filed a letter requesting the adjournment of a conference. Dkt. No. 800. The adjournment is GRANTED. The conference will take place on **August 22, 2022,** at **2:00 PM**. The conference will be held in Courtroom 228, 40 Foley Square, New York, NY.

The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. No. 800.

SO ORDERED.

DATED:    New York, New York
                 August 1, 2022

                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge