UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

Heena Shim-Larkin

                          Plaintiff,

        Case No. 16 CV 6099 (AT) (JW)

    -against-

City of New York

        **Second Revised Scheduling Order**

                          Defendant.

-----------------------------------------------------x

    IT IS HEREBY ORDERED THAT:

1.    Any dispositive motion shall be served and filed on or before September 12, 2022;

2.    the response to any such motion shall be served and filed on or before October 27, 2022; and

3.    any reply shall be served and filed on or before November 17, 2022.

**SO ORDERED.**

Date: August 2, 2022           Judge's Signature: *Jennifer E. Willis*

                                                         Jennifer E. Willis
                                                          United States Magistrate Judge