UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HEEMA SHIM-LARKIN,

                          Plaintiff,

          -against-

CITY OF NEW YORK,

                         Defendant.
-----------------------------------------------------------------X

**ORDER**

**16-CV-6099 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On August 26, 2022, the Parties filed a letter provided dates for which they are available for a rescheduled pre-motion conference. Dkt. No. 806. The Court will hold a conference in this matter on **September 27, 2022** at **2:30 PM**. The conference will be held in Courtroom 228, 40 Foley Square, New York, New York.

      SO ORDERED.

DATED:    New York, New York
               August 29, 2022

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge