UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

Heena Shim-Larkin

                       Plaintiff,

        Case No. 16 CV 6099 (AT) (JW)

    -against-

City of New York

        **Third Revised Scheduling Order**

                     Defendant.

-----------------------------------------------------x

    IT IS HEREBY ORDERED THAT:

1. Any dispositive motion shall be served and filed on or before November 1, 2022;

2. the response to any such motion shall be served and filed on or before December 16, 2022; and

3. any reply shall be served and filed on or before January 6, 2023.

**SO ORDERED.**

Date: September 2, 2022         Judge's Signature : *Jennifer E. Willis*

                                             Jennifer E. Willis
                                             United States Magistrate Judge