

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DOMINIQUE F. SAINT-FORT**
Assistant Corporation Counsel
Labor & Employment Division
(212) 356-2444
dosaint@law.nyc.gov

February 21, 2023

**BY ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 906
New York, New York 10007

> The conference is adjourned until Monday, February 27, 2023 at 11:30 AM. The conference will be held in Courtroom 228, 40 Foley Square.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> February 21, 2023

Re: <u>Shim-Larkin v. City of New York</u>
16 CV 6099 (AT) (JW)

Dear Judge Willis:

  I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant City of New York in the above-referenced action. I write to request an adjournment of the pre-motion conference scheduled for tomorrow February 22, 2023 at 10:30 a.m. Plaintiff consents to this request.

  Unfortunately, I tested positive for COVID-19 over the long weekend, and therefore require a brief adjournment of the conference to a date that is convenient to the Court. As Plaintiff noted in her pre-motion letter, her availability is limited to Mondays and Wednesdays. *See* ECF Dkt. No. 840. Given those limitations, Defendant is available on Monday February 27, the morning of Wednesday March 1, or Monday March 6. Alternatively, Defendant is amendable to conducting the conference remotely at the currently scheduled date and time if that is preferable to the Court.

  Accordingly, Defendant requests an adjournment of the February 22, 2023 pre-motion conference to a date that is convenient to the Court.

Respectfully submitted,

*/s/ Dominique F. Saint-Fort*
Dominique F. Saint-Fort
Assistant Corporation Counsel