UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HEENA SHIM-LARKIN,

                       Plaintiff,                         **ORDER**

                -against-                     **16-cv-6099 (AT) (JW)**

CITY OF NEW YORK,

                       Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

If the Parties feel that it would be productive to participate in court-assisted settlement, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by October 13, 2023 at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in November, December, or January. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference at this time, the Parties should inform the Court via email by the same deadline.

SO ORDERED.

DATED:    New York, New York
               October 6, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge