UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HEENA SHIM-LARKIN,

                      Plaintiff,                            **ORDER**

         -against-                                 **16-cv-6099 (AT) (JW)**

CITY OF NEW YORK,

                      Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This Court is in receipt of pro bono counsel's letter at Dkt. No. 882. By counsel's own admission, her motion to withdraw is pending before the Court and *pro se* Plaintiff terminated her services on February 26, 2024. On February 6, 2024, while pro bono counsel was still representing Plaintiff in connection with settlement negotiations, *pro se* Plaintiff filed a letter with this Court raising a dispute regarding the settlement. Dkt. No. 873. This Court expects pro bono counsel to attend the virtual conference on March 6, 2024 to explain why she did not advise Plaintiff on the settlement paperwork and communication regarding the settlement agreement prior to her termination.

      SO ORDERED.

DATED:    New York, New York
               February 28, 2024

                                                                 _____
                                                                 JENNIFER E. WILLIS
                                                                 United States Magistrate Judge