UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HEENA SHIM-LARKIN,

                        Plaintiff,                       **ORDER**

            -against-                            **16-cv-6099 (AT) (JW)**

CITY OF NEW YORK,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter at Dkt. No. 886. The issue of the public filing of a W-9 was not raised during the conference on March 6, 2024. Instead, what was discussed was that Plaintiff need not file a new W-9 and the previously provided W-9 from 2019 was sufficient. To the extent that the W-9 is needed as an exhibit to the settlement agreement, it is appropriate that it be filed with the executed agreement. During the conference, this Court authorized filing portions of the settlement agreement **<u>under seal</u>** such that Plaintiff's private information would not be viewable to the public. In this Court's view, the W-9 information would also be appropriately filed under seal and therefore not visible to the public.

        SO ORDERED.

DATED:    New York, New York
                 March 7, 2024

                                                        *Jennifer E. Willis*
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge