
|  | THE CITY OF NEW YORK |  |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **TRACI KRASNE**<br>Labor and Employment Law Division<br>Phone: (212) 356-2451<br>Email: trkrasne@law.nyc.gov |

> This request is GRANTED. The in person status conference is adjourned to 1:00pm on October 23, 2024, in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY.
> SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> August 26, 2024

<u>**Via ECF**</u>
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: <u>Heena Shim-Larkin v. City of New York</u>
      No. 16-CV-6099 (AT)(JW)

Dear Judge Willis:

   I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, for the defendant in the above-referenced matter. On August 21, 2024, the Court scheduled an in-person status conference for September 18, 2024 at 1:00 pm. <u>See</u> ECF Minute Entry dated August 21, 2024. Pursuant to Your Honor's Individual Rules I(C), I am writing to respectfully request an adjournment of the status conference. Plaintiff consents to this request.

   The undersigned will be leaving the NYC Law Department at the beginning of September. My colleague, Lauren Silver, has noticed her appearance on the docket and will be taking over this case. <u>See</u> ECF Dkt. No. 895. Ms. Silver will be on trial before Judge Block in the Eastern District of New York in another federal matter, <u>Hanley v. New York City Health + Hospitals et. al.</u>, 19-CV-4246, the week of September 16, 2024. Accordingly, Defendant respectfully requests that the status conference currently scheduled for September 18, 2024 be adjourned. The parties are both available any date the week of September 30, 2024 or on October 22, 23 and 24, 2024.

                    Respectfully submitted,

/s/ *Traci Krasne*
Traci Krasne
Assistant Corporation Counsel

cc:    Heena Shim-Larkin (By ECF)
        Plaintiff, *pro se*

2