USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/14/2025_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEENA SHIM-LARKIN,

                Plaintiff,

-against-                      16 Civ. 6099 (AT) (JW)

CITY OF NEW YORK,                      **ORDER**

                Defendant.

ANALISA TORRES, District Judge:

       By order dated January 2, 2025, the Court stayed pretrial deadlines in this matter pending adjudication of Defendant the City of New York's anticipated motion to enforce a purported settlement agreement. ECF No. 920. On January 23, Defendant filed its motion, which is now pending before the Court. ECF No. 921; *see also* ECF Nos. 926–27.

       Accordingly, pending resolution of Defendant's motion, the final pretrial conference scheduled for February 24, *see* ECF No. 912, and the trial scheduled to begin on March 3, *see* ECF No. 893, are ADJOURNED *sine die*.

       SO ORDERED.

Dated: February 14, 2025
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge