UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Heena Shim-Larkin,

                                    Plaintiff,

                    -against-

City of New York,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __12/11/2025__

16 Civ. 6099 (AT) (JW)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

The Court has been advised that all claims asserted herein have been settled. *See* ECF No. 935.

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is respectfully directed to close the case and mail a copy of this order to Plaintiff *pro se.*

SO ORDERED.

Dated:  December 12, 2025
            New York, New York

_____
ANALISA TORRES
United States District Judge